# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW MCCLOSKEY et al.,** : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> **WESTFIELD INSURANCE COMPANY,** : <br> Defendant. : | **CIVIL ACTION NO. 15-6210** |

## ORDER

**AND NOW**, this 18th day of November 2016, upon consideration of Defendant's Motion for Partial Summary Judgment (Doc. No. 18) and Plaintiffs' response thereto, it is hereby **ORDERED** that the motion is **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.

It is further **ORDERED** that no later than **December 9, 2016**, counsel shall provide the Court with a joint proposed schedule for trial. In the alternative, the parties may wish to consider whether to consent to proceed to trial before a United States Magistrate Judge, in which case counsel should complete and submit the attached form to the Clerk of Court.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**